MEADOWS v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. October 14, 1920.) No. 3460. In Error to the District Court of the United States for the Southern District of Georgia; Beverly D. Evans, Judge. Crimi-

nal prosecution by the United States against Adolphus Meadows. Judgment of conviction, and defendant brings error. Affirmed. John R. Cooper, of Macon, Ga., for plaintiff in error. John W. Bennett, U. S. Atty., of Macon, Ga. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment of the District Court is affirmed.